IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEONARD TYSON, <br> # 118195, <br><br> Plaintiff, <br><br> v. <br><br> JUDGE TED BOZEMAN, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:15-CV-418-WKW <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On June 18, 2015, the Magistrate Judge filed a Recommendation (Doc. # 3), to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Plaintiff Leonard Tyson's Application to Proceed Without Prepayment of Fees (Doc. # 2) is DENIED, and that this action is DISMISSED without prejudice in light of Mr. Tyson's failure to pay the full filing fee upon the initiation of this case.

A separate final judgment will be entered.

DONE this 8th day of July, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE